


RECEIVED
IN MONROE, LA
JUN 1 9 2006
may
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KASIM SILAHIC<br>A 750 84 664<br>VS.<br><br>ALBERTO GONZALES, ET AL. | CIVIL ACTION NO. 05-2044<br><br>SECTION P<br>JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE** as **MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this **16** day of **June**, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE